UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY PETERKIN,<br><br>            Petitioner,<br><br>    v.<br><br>WARDEN USP ATWATER,<br><br>            Respondent. | No. EDCV 12-935-SVW(CW)<br><br>ORDER ACCEPTING REPORT<br>AND RECOMMENDATION OF<br>UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The court has made a *de novo* determination with respect to those portions of the Report and Recommendation as to which objection has been made.

**IT IS ORDERED:** (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Respondent's motion to dismiss (docket no. 32, filed September 11, 2012) be granted; and (3) that judgment be entered denying the petition and dismissing this action with prejudice.

1

**IT IS FURTHER ORDERED** that the Clerk of the Court serve copies of this Order and the Judgment herein on the parties.

DATED: 6/4/13

*/s/ Stephen V. Wilson*
STEPHEN V. WILSON
United States District Judge